Filed 5/24/24  P. v. Bender CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>  Plaintiff and Respondent,<br><br>  v.<br><br>LEE WILLIS BENDER,<br><br>  Defendant and Appellant. | D082683<br><br>(Super. Ct. No. SCD293631) |

APPEAL from a judgment of the Superior Court of San Diego County, Polly H. Shamoon, Judge.  Affirmed.

Jill Kent, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

This is an appeal from a judgment based on a guilty plea with a stipulated sentence.  The appellant did not obtain a certificate of probable cause.  (Pen. Code,[1] § 1237.5.)

---

[1]    All statutory references are to the Penal Code.

Lee Willis Bender pleaded guilty to involuntary manslaughter (§ 192) and admitted the use of a deadly weapon (§ 12022, subd. (b)(1)). Bender also admitted a strike prior (§ 667, subds. (b)-(i)).

Bender was sentenced to the stipulated term of 23 years in prison consisting of the upper term of 11 years for involuntary manslaughter, doubled for the strike prior, plus one year for the deadly weapon.

Bender filed a timely notice of appeal.

Appellate counsel has filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal. Counsel asks the court to independently review the record for error as mandated by *Wende*.

We advised Bender he could file his own brief on appeal, but he has not responded.

STATEMENT OF FACTS

This appeal arises from a guilty plea. Bender admitted he unlawfully killed the victim using a knife. He also admitted a strike prior and that his performance on probation was not satisfactory.

DISCUSSION

As we have noted, appellate counsel has filed a *Wende* brief and asks the court to review the record for error. To assist the court in its review of the record, and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*), counsel has identified a possible issue for the court's consideration: Whether the court properly sentenced Bender in accordance with the plea agreement.

We have reviewed the record for error as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented Bender on this appeal.

2

## DISPOSITION

The judgment is affirmed.

HUFFMAN, Acting P. J.

WE CONCUR:

O'ROURKE, J.

BUCHANAN, J.